710 A.2d 1012

IN THE MATTER OF MARK E. GOLD, AN ATTORNEY AT LAW.

June 17, 1998.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **MARK E. GOLD** of **ALPINE,** who was admitted to the bar of this State in 1972, and who was suspended from the practice of law for a period of six months effective May 16, 1997, by Order of this Court dated April 23, 1997, be restored to the practice of law, effective immediately.